UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETTE BUFF,<br><br>        Petitioner,<br><br>v.<br><br>L. MCEWAN, WARDEN,<br><br>        Respondent. | Civil No. 11-cv-0372 RBB<br><br>**ORDER DENYING CERTIFICATE OF APPEALABILITY** |

    On August 12, 2011, this Court issued an Order Granting Respondent's Motion to Dismiss Petition for Writ of Habeas Corpus [ECF No. 11]. The Court found that the claims Buff asserts in Buff's Petition are barred by AEDPA's one-year statute of limitations, and that the Petitioner is not entitled to statutory or equitable tolling. (Order Granting Resp't's Mot. Dismiss 17, ECF No. 11.)

    When a habeas corpus petitioner seeks to appeal a district court's order dismissing the petitioner, the certificate of appealability requirements set forth in 28 U.S.C. § 2253(c) govern the appeal. Slack v. McDaniel, 529 U.S. 473, 551 (2000). A certificate of appealability should only be issued if the applicant presents "a substantial showing of the denial of a constitutional

1  right." 28 U.S.C.A. § 2253(c)(2) (2006). To meet this threshold
2  showing, the petitioner must show that (1) the issues are debatable
3  among jurists of reason, (2) a court could resolve the issues in a
4  different way, or (3) the questions are adequate to deserve
5  encouragement to proceed. Lambright v. Stewart, 220 F.3d 1022,
6  1024-25 (9th Cir. 2000) (citing Barefoot v. Estelle, 463 U.S. 880,
7  893 (1983)); see Slack, 529 U.S. at 483-84.
8      Here, the issues in Buff's Petition are not debatable among
9  reasonable jurists and could not be resolved in a different manner.
10 See Lambright, 220 F.3d at 1024-25. In light of the Petition's
11 untimeliness, the questions do not deserve encouragement to proceed
12 further. See id. Buff has not met the threshold showing of the
13 denial of a constitutional right. 28 U.S.C.A. § 2253(c)(2).
14 Consequently, the Court **DENIES** a certificate of appealability.

16 Dated: August 17, 2011         *Ruben Brooks*
17                                 RUBEN B. BROOKS
                                   United States Magistrate Judge
18 cc: All parties of record